# United States Bankruptcy Court
## Southern District of Texas

In re **Ignite Restaurant Group, Inc.**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Ignite Restaurant Group, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**J.H. Whitney VI, L.P.**
**130 Main Street**
**New Canaan, CT 06840**

☐ None [*Check if applicable*]

**June 6, 2017**
Date

**/s/ Edward Ripley**
**Edward Ripley 16935950 Texas**
Signature of Attorney or Litigant
Counsel for **Ignite Restaurant Group, Inc.**
**King & Spalding LLP**
**1100 Louisiana Street**
**Suite 4000**
**Houston, TX 77002**
**713-751-3200 Fax:713-751-3290**
**eripley@kslaw.com**