IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IGNITE RESTAURANT GROUP, INC., *et al.*,[1] | ) | Case No. 17-33550 |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF PREVAILING BID AND BACKUP BID

**PLEASE TAKE NOTICE** that, on August 7, 2017, the Auction (as defined in the *Order Pursuant to Bankruptcy Code Sections 105, 363 and 365: (A) Scheduling An Auction; (B) Scheduling the Date, Time and Place for a Hearing on the Proposed Sale Motion; (C) Approving the Form and Manner of the Notice of (i) the Proposed Sale of the Debtors' Assets, the Auction and the Sale Hearing, and (ii) Proposed Assumption and Assignment of Executory Contracts and Leases; and (D) Approving (i) Bidding Procedures, and (ii) Break-up Fee* [Docket No. 314] (the "Bid Procedures Order")), was conducted on August 7, 2017. All capitalized terms used herein but not otherwise defined shall have the meaning given to such terms in the Bid Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, the Debtors, after consultation with the Consultation Parties, determined that the bid submitted by Landry's, Inc. of $57,000,000 is the Prevailing Bid and Landry's, Inc. is the Prevailing Bidder.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if any), are: Ignite Restaurant Group, Inc. (1359); Ignite Restaurant Group – RSC LLC (1791); Joe's Crab Shack, LLC (4189); Joe's Crab Shack – Redondo Beach, Inc. (5107); BHTT Entertainment, LLC (9818); Ignite Restaurants – New Jersey, LLC (5907); Joe's Crab Shack – Maryland, LLC (5297); Joe's Crab Shack – Anne Arundel MD, LLC (9318); Brick House Development, LLC (2944); JCS Monmouth Mall – NJ, LLC (3509); JCS Development LLC (4235). The Debtors' service address is: 10555 Richmond Avenue, Houston, Texas 77042.

2

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, the Debtors, after consultation with the Consultation Parties, identified and certified the bid submitted by CRIIIKING2017, LLC of $56,900,000 as the Backup Bid and CRIIIKING2017, LLC as the Backup Bidder.

| | |
|---|---|
| Date:  August 8, 2017<br>Houston, Texas | Respectfully submitted,<br><br>KING & SPALDING LLP<br><br>/s/ Edward L. Ripley<br>Edward L. Ripley (Texas Bar No. 16935950)<br>1100 Louisiana Street, Suite 4000<br>Houston, Texas 77002<br>Telephone:  713-751-3200<br>Facsimile:  713-751-3290<br>Email: ERipley@kslaw.com<br><br>-and-<br><br>Sarah R. Borders (admitted *pro hac vice*)<br>Jeffrey R. Dutson (admitted *pro hac vice*)<br>Elizabeth T. Dechant (admitted *pro hac vice*)<br>1180 Peachtree Street, NE<br>Atlanta, Georgia 30309<br>Telephone:  404-572-4600<br>Email: SBorders@kslaw.com<br>         JDutson@kslaw.com<br>         EDechant@kslaw.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |