IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IGNITE RESTAURANT GROUP, INC., *et. al*.,[1] | ) | Case No. 17-33550 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**WITNESS AND EXHIBIT LIST FOR HEARING ON
LANDRY'S OBJECTION TO BID PROCEDURES**
(Relates to 19 and 314)

TO THE HONORABLE DAVID R. JONES,
UNITED STATES BANKRUPTCY JUDGE:

Landry's, Inc. ("Landry's"), by and through the undersigned counsel hereby designates the following witnesses and exhibits (the "Witness and Exhibit List") for the hearing on the Proposed Sale Motion scheduled on **August 17, 2017 at 3:00 p.m. (CT)** before the Honorable David R. Jones, United States Bankruptcy Court, Southern District of Texas, Houston Division, United States Courthouse, 515 Rusk Street, Courtroom 400, Houston TX 77002.

**A.   WITNESSES**

1. Richard H. Liem, Landry's Senior Vice President and Chief Financial Officer;

2. Matt Tabloff, Senior Vice President, Hilco Real Estate, LLC;

3. Jake Schumer, Senior Vice President, Hilco Real Estate, LLC; and

4. Any witness called by any other party, or as needed for rebuttal or cross examination.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if any), are: Ignite Restaurant Group, Inc. (1359); Ignite Restaurant Group – RSC LLC (1791); Joe's Crab Shack, LLC (4189); Joe's Crab Shack – Redondo Beach, Inc. (5107); BHTT Entertainment, LLC (9818); Ignite Restaurants – New Jersey, LLC (5907); Joe's Crab Shack – Maryland, LLC (5297); Joe's Crab Shack – Ann Arundel MD, LLC (9318); Brick House Development LLC (2944); JCS Monmouth Mall – NJ, LLC (3509); JC Development LLC (4235). The Debtors' service address is: 10555 Richmond Avenue, Houston, Texas 77042.

16465802_1                                                1

B. **EXHIBITS**

| | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1 | Adequate Assurance Package Transmitted by Debtors to Landlords | | | | | | |
| 2 | Notice of Filing of Asset Purchase Agreement [Dkt 561]  Judicial Notice | | | | | | |
| 3 | Pro forma for Landry's Assignee on JCS | | | | | | |
| 4 | Pro forma for Acquisition Parent Entity on BH | | | | | | |
| 5 | Any exhibit designated by any other party | | | | | | |

Dated: August 15, 2017                **HAYNES AND BOONE, LLP**

By: */s/ Patrick L. Hughes*
    Patrick L. Hughes (TX Bar No. 10227300)
    Arsalan Muhammad (TX Bar No. 24074771)
1221 McKinney, Suite 2100
Houston, TX  77010
Telephone: (713) 547-2000
Email: patrick.hughes@haynesboone.com
Email: arsalan.muhammad@haynesboone.com

Jonathan Pressment (admitted *pro hac vice*)
Sarah Jacobson (admitted *pro hac vice*)
HAYNES AND BOONE, LLP
30 Rockefeller Plaza, 26th Floor
New York, NY  10112
Telephone: (212) 659-7300
E-mail: jonathan.pressment@haynesboone.com
E-mail: sarah.jacobson@haynesboone.com

**ATTORNEYS FOR LANDRY'S, INC.**

16465802_1                                2