**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re:<br><br>IGNITE RESTAURANT GROUP, *et al.,*<br><br>          Debtors. | Chapter 11<br><br>Case No.  17-33550<br><br>(Jointly Administered) |

**NOTICE OF RESET HEARING ON MOTION**
**OF JEFFREY M. IVEY FOR RELIEF FROM THE AUTOMATIC**
**STAY AND PLAN INJUNCTION AND EXTENSION OF ANSWER DATE**
**[Related to Docket Nos. 1478, 1499]**

**PLEASE TAKE NOTICE THAT** on November 30, 2018, Movant Jeffrey M. Ivey filed and served a Motion for Relief from Stay and Plan Injunction, and that the hearing on said Motion was set for December 28, 2018 at 10:00 a.m., CST and then reset for February 13, 2019 at 3:00 p.m., CST.

**PLEASE TAKE FURTHER NOTICE THAT** counsel for Movant, counsel for the Liquidating Trustee and counsel for the GUC Trust have agreed to reset the hearing on the Motion to March 25, 2019 at 9:30 a.m. CST before the Honorable David R. Jones, 515 Rusk Street, Courtroom 400, Houston, Texas.

**PLEASE TAKE FURTHER NOTICE THAT** the parties have agreed to extend the time for the Liquidating Trustee, the GUC Trust or any other interested party to file an answer or response to the Motion to and including March 18, 2019.

33720164.v1

Dated:  February 14, 2019

**Kessler Collins P.C.**

By: /s/ *Joseph H. Lemkin*
Howard C. Rubin
State Bar No. 17361400
2100 Ross Avenue, Suite 750
Dallas, Texas 75201
(214) 379-0722 (direct)
(214) 373-4714 (Facsimile)
hrubin@kesslercollins.com

and

**STARK & STARK**
**A Professional Corporation**
Thomas S. Onder
Joseph H. Lemkin
993 Lenox Drive
Lawrenceville, NJ 08648
(609) 219-7458 (direct)
(609) 896-9060 (main)
(609) 895-7395 (facsimile)

**Attorneys for Movant Jeffrey Ivey**

**KING & SPALDING LLP**

By: /s/ Edward L. Ripley
Edward L. Ripley (Texas Bar No. 16935950)
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone:  713-751-3200
Facsimile:  713-751-3290
Email: ERipley@kslaw.com

-and-

Sarah R. Borders (admitted *pro hac vice*)
Jeffrey R. Dutson (admitted *pro hac vice*)
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone:  404-572-4600
Email: SBorders@kslaw.com
        JDutson@kslaw.com

*Counsel for the Liquidation Trustee*