IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| IGNITE RESTAURANT GROUP, INC., et al.,[1] | ) ) ) | Case No. 17-33550 |
| | ) ) | (Jointly Administered) |
| Debtors. | ) ) ) | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Thierry Lamour, being duly sworn, depose and state:

1.  I am a Senior Case Manager with Epiq Class Action & Claims Solutions, Inc.,[2] the claims and noticing agent for the GUC Trustee in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On May 6, 2019, at the direction of Cole Schotz P.C., and Pachulski Stang Ziehl & Jones LLP, counsel to the GUC Trustee, I caused a true and correct copy of the following document to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if any), are: Ignite Restaurant Group, Inc. (1359); Ignite Restaurant Group – RSC LLC (1791); Joe's Crab Shack, LLC (4189); Joe's Crab Shack – Redondo Beach, Inc. (5107); BHTT Entertainment, LLC (9818); Ignite Restaurants – New Jersey, LLC (5907); Joe's Crab Shack – Maryland, LLC (5297); Joe's Crab Shack – Anne Arundel MD, LLC (9318); Brick House Development, LLC (2944); JCS Monmouth Mall – NJ, LLC (3509); JCS Development LLC (4235). The Debtors' service address is: c/o Alvarez & Marsal North America, LLC, Monarch Tower, 3424 Peachtree Road, Suite 1500, Atlanta GA 30326, Attn: Jonathan Tibus.

[2] Epiq Class Action & Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

be served by first class mail on the parties identified on Exhibit A annexed hereto (Paul Vigano):[3]

- **Notice of Proposed Order Approving Stipulation by and between GUC Trustee and Paul R. Vigano Withdrawing Proofs of Claims #635 and #912** [Docket No. 1586].

/s/ Thierry Lamour
Thierry Lamour

Sworn to before me this 9th day of
May, 2019

/s/ Rose Marie Hardina
Rose Marie Hardina
Notary Public, State of New York
Notary ID No. 01HA506940
Commission Expires: January 7, 2023

---

[3] The envelopes used for service on the parties in Exhibits A included a legend which stated: "*Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent.*"

# EXHIBIT A

**Exhibit A**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| PAUL R VIGANO | C/O IRELL & MANELLA LLP | ATTN JEFFREY M REISNER, ESQ. | 840 NEWPORT CENTER DR, STE 400 | | NEWPORT BEACH | CA | 92660 |
| PAUL R VIGANO | C/O J H WHITNEY & CO | 130 MAIN ST | | | NEW CANAAN | CT | 06840 |