

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/13/2019

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IGNITE RESTAURANT GROUP, INC., *et al.*,[1] | ) | Case No. 17-33550 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

ORDER SUSTAINING
ELEVENTH OMNIBUS OBJECTION TO CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE AND RULE 3007 OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE SEEKING TO DISALLOW
AND EXPUNGE CERTAIN CLAIMS
[Re: Docket No. 1532]

**(UNLIQUIDATED CLAIMS)**

Upon the objection (the "Objection")[2] of Drivetrain, LLC, in its capacity as Trustee (the "GUC Trustee") of the Ignite Restaurant Group GUC Trust (the "GUC Trust") seeking entry of an order (this "Order") disallowing and expunging the Unliquidated Claims identified on **Schedule 1** attached hereto, it is HEREBY ORDERED THAT:

1. The Objection is sustained as set forth herein.

2. Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Unliquidated Claim identified on **Schedule 1** to this Order is disallowed and expunged in its entirety.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if any), are: Ignite Restaurant Group, Inc. (1359); Ignite Restaurant Group – RSC LLC (1791); Joe's Crab Shack, LLC (4189); Joe's Crab Shack – Redondo Beach, Inc. (5107); BHTT Entertainment, LLC (9818); Ignite Restaurants – New Jersey, LLC (5907); Joe's Crab Shack – Maryland, LLC (5297); Joe's Crab Shack – Anne Arundel MD, LLC (9318); Brick House Development, LLC (2944); JCS Monmouth Mall – NJ, LLC (3509); JCS Development LLC (4235). The Debtors' service address is: 10555 Richmond Avenue, Houston, Texas 77042.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

3. The Debtors' Claims Agent is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

4. Each claim and the objections by the GUC Trustee to each claim identified in **Schedule 1** constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Unliquidated Claim.

5. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the GUC Trustee's rights under the Bankruptcy Code or any other applicable law.

6. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

7. The GUC Trustee, the Claims Agent, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

8. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

**Signed: May 09, 2019.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

# **<u>SCHEDULE 1</u>**

**Ignite Restaurant Group, Inc. et al.**
**GUC Trust 11th Omnibus Objection to Claims**
**Schedule 1 – Unliquidated Claims**

Note: Claimants are listed alphabetically.

| SEQ NO. | CLAIM(S) TO BE DISALLOWED & EXPUNGED | | | | | | GROUNDS FOR OBJECTION |
|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM NO. | CLAIMED DEBTOR | CLAIM AMOUNT | |
| 1 | CLIFTON LIFESTYLE CENTER LLC<br>PORZIO BROMBERG & NEWMAN PC<br>C/O KELLY D CURTIN ESQ<br>100 SOUTHGATE PKWY<br>MORRISTOWN, NJ 07962 | 08/31/17 | 17-33550 | 929 | Ignite Restaurant Group, Inc. | Unsecured: $80,373.42* | No Amount Asserted. Claim Filed As Unliquidated. |
| 2 | CLIFTON LIFESTYLE CENTER LLC<br>PORZIO BROMBERG & NEWMAN PC<br>C/O KELLY D CURTIN ESQ<br>100 SOUTHGATE PKWY<br>MORRISTOWN, NJ 07962 | 08/31/17 | 17-33552 | 930 | Joe's Crab Shack, LLC | Unsecured: $80,373.42* | No Amount Asserted. Claim Filed As Unliquidated. |
| 3 | EASTERN COASTAL PROPERTIES LLC<br>C/O SHULMAN HODGES & BASTIAN LLP<br>100 SPECTRUM CENTER DR STE 600<br>IRVINE, CA 92618 | 10/20/17 | 17-33550 | 1330 | Ignite Restaurant Group, Inc. | Unsecured: Unliquidated | No Amount Asserted. Claim Filed As Unliquidated. |
| 4 | GLENCORD SAN ANTONIO OWNER LLC<br>C/O GLENCORD BUILDING CORP<br>850 E 42ND ST<br>BROOKLYN, NY 11210 | 08/14/17 | 17-33550 | 391 | Ignite Restaurant Group, Inc. | Unsecured: Unliquidated | No Amount Asserted. Claim Filed As Unliquidated. |

* Denotes an unliquidated component.