UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 17-33550 |
|---|---|---|---|
| Debtor | In Re: | Ignite Restaurant Group, Inc. et al. | |

This lawyer, who is admitted to the State Bar of _____California_____ :

| | |
|---|---|
| Name | Jeffrey P. Nolan |
| Firm | Pachulski Stang Ziehl & Jones LLP |
| Street | 10100 Santa Monica Blvd., 13th Floor |
| City & Zip Code | Los Angeles, CA 90067 |
| Telephone | (310) 277-6910 |
| Licensed: State & Number | CA # 158923 |

Seeks to appear as the attorney for this party:

Drivetrain, LLC as Trustee of Ignite Restaurant Group GUC Trust

Dated: _____    Signed: /s/ Jeffrey P. Nolan

COURT USE ONLY: The applicant's state bar reports their status as: _____ .

Dated: _____    Signed: _____
                             Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____      _____
                                      United States Bankruptcy Judge