UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF

ENTERED
05/22/2019

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 17-33550 |
|---|---|---|---|
| Debtor | In Re: | Ignite Restaurant Group, Inc. et al. | |

This lawyer, who is admitted to the State Bar of **California**:

| | |
|---:|---|
| Name | Jason S. Pomerantz |
| Firm | Pachulski Stang Ziehl & Jones LLP |
| Street | 10100 Santa Monica Blvd., 13th Floor |
| City & Zip Code | Los Angeles, CA 90067 |
| Telephone | (310) 277-6910 |
| Licensed: State & Number | CA # 157216 |

Seeks to appear as the attorney for this party:

Drivetrain, LLC as Trustee of Ignite Restaurant Group GUC Trust

Dated:          Signed: /s/ Jason S. Pomerantz

---

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:          Signed: _____
                              Deputy Clerk

**Order** (Docket No. 1621)

This lawyer is admitted *pro hac vice*.
The lawyer shall review the Local Rules and the Court's published procedures.

**Signed:** May 22, 2019

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**