UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 17-33550 |
|---|---|---|---|
| Debtor | In Re: | Ignite Restaurant Group, Inc. et al. | |

This lawyer, who is admitted to the State Bar of   California   :

| | |
|---|---|
| Name | Andrew W. Caine |
| Firm | Pachulski Stang Ziehl & Jones LLP |
| Street | 10100 Santa Monica Blvd., 13th Floor |
| City & Zip Code | Los Angeles, CA 90067 |
| Telephone | (310) 277-6910 |
| Licensed: State & Number | CA # 110345 |

Seeks to appear as the attorney for this party:

| Drivetrain, LLC as Trustee of Ignite Restaurant Group GUC Trust |
|---|
| Dated:    Signed: /s/ Andrew W. Caine |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
                          Deputy Clerk

Order   (Docket No. 1623)

This lawyer is admitted *pro hac vice*.
The lawyer shall review the Local Rules and the Court's published procedures.

**Signed:** **May 22, 2019**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**