# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **IGNITE RESTAURANT GROUP, INC.,**[1] | ) | **Case No. 17-33550 (DRJ)** |
| | ) | |
| Debtor. | ) | |
| | ) | |

## AGREED NOTICE OF ADJOURNMENT OF HEARING ON AMI MILLER'S MOTION FOR RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE** that on October 6, 2020, Ami Miller ("Movant") filed the *Motion for Relief from Automatic Stay* (the "Motion") [Docket No. 1788] with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is currently scheduled to be held on November 6, 2020 at 2:00 p.m. before the Honorable David R. Jones (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** the Movant and Drivetrain, LLC, in its capacity as Trustee of the Ignite Restaurant Group GUC Trust, have conferred and agreed to adjourn the Hearing to a date and time to be agreed upon by the parties, subject to the Court's availability. A notice of hearing will be filed with the Bankruptcy Court upon selection of a hearing date.

---

[1] The Debtor in this chapter 11 case and the last four digits of its federal tax identification number is: Ignite Restaurant Group, Inc. (1359). The remaining Debtor cases were closed by an order of the Court entered on December 10, 2019 [Docket No. 1776].

| | |
|---|---|
| Dated: November 5, 2020 | MUKERJI LAW FIRM, P.C. |

*/s/ Abraham Carreon*
Sam K. Mukerji (State Bar No.: 1064231)
Jonathan E. Bleyer (State Bar No.: 2496379)
Abraham Carreon (State Bar No.: 24089990)
2405 Smith Street
Houston, Texas 77006
Tel: (713) 973-1300
Fax: (713) 973-2228

*Counsel to Movant, Ami Miller*

And

COLE SCHOTZ P.C.

*/s/ Benjamin Wallen*
Michael D. Warner (TX Bar No. 00792304)
Benjamin L. Wallen (TX Bar No. 24102623)
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5265
Facsimile: (817) 977-1611
Email: mwarner@coleschotz.com
         bwallen@coleschotz.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler (admitted *pro hac vice*)
Peter J. Keane (admitted *pro hac vice*)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Email: bsandler@pszjlaw.com
         pkeane@pszjlaw.com

*Counsel to the GUC Trustee*