

ENTERED
01/13/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| IGNITE RESTAURANT GROUP, INC., *et al*.[1], | ) ) ) | Case No. 17-33550 (DRJ) |
| Debtors. | ) ) | (Jointly Administered) |
| | ) | |
| DRIVETRAIN, LLC, as Trustee of the Ignite Restaurant Group GUC Trust, | ) ) ) | Adv. Pro. No. 19-03530 (DRJ) |
| Plaintiff, | ) ) | |
| v. | ) | |
| NCR CORPORATION, | ) ) | |
| Defendant. | ) ) ) | |

## STIPULATION AND AGREED ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

Plaintiff and Defendant, in the above-captioned Adversary Proceeding (the "Adversary Proceeding"), by and though their undersigned counsel, hereby stipulate and agree to dismiss the Adversary Proceeding with prejudice.

**IT IS SO ORDERED.**

Signed:  January 08, 2021.

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if any), are: Ignite Restaurant Group, Inc. (1359); Ignite Restaurant Group – RSC LLC (1791); Joe's Crab Shack, LLC (4189); Joe's Crab Shack – Redondo Beach, Inc. (5107); BHTT Entertainment, LLC (9818); Ignite Restaurants – New Jersey, LLC (5907); Joe's Crab Shack – Maryland, LLC (5297); Joe's Crab Shack – Anne Arundel MD, LLC (9318); Brick House Development, LLC (2944); JCS Monmouth Mall – NJ, LLC (3509); JCS Development LLC (4235). The Debtors' service address is: 10555 Richmond Avenue, Houston, Texas 77042.

AGREED TO AS TO FORM AND CONTENT:

Dated:  January 5, 2021

By: */s/ Todd A. Atkinson*
Elizabeth E. Klingensmith
(TX Bar No. 24046496)
Todd A. Atkinson
(TX Bar No. 24121426)
WOMBLE BOND DICKINSON (US) LLP
811 Main Street, Suite 3130
Houston, Texas 77002
Telephone:  (346) 998-7858
Facsimile:  (346) 998-5901
Email:  liz.klingensmith@wbd-us.com
  todd.atkinson@wbd-us.com

*Counsel for Defendant,* NCR CORPORATION

By: */s/ Jason S. Pomerantz*
Jason S. Pomerantz
(Admitted *pro hac vice*)
Jeffrey P. Nolan
(Admitted *pro hac vice*) PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
Email:  jspomerantz@pszjlaw.com
  jnolan@pszjlaw.com

-and-

By: */s/ Michael D. Warner*
Michael D. Warner
(TX Bar No. 00792304)
COLE SCHOTZ PC
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255
Email: mwarner@coleschotz.com

*Counsel for Plaintiff*, DRIVETRAIN, LLC, *as Trustee of the Ignite Restaurant Group GUC Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2021, a true and correct copy of the foregoing was served by this Courts CM/ECF Noticing System.

*/s/ Michael D. Warner*
Michael D. Warner