

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
01/15/2021

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| IGNITE RESTAURANT GROUP, INC., *et al.*[1], | ) Case No. 17-33550 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| DRIVETRAIN, LLC, as Trustee of the Ignite Restaurant Group GUC Trust, | ) Adv. Pro. No. 19-03468 (DRJ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CRUNCHTIME INFORMATION SYSTEMS, INC., | ) |
| Defendant. | ) |
| | ) |

## STIPULATION AND AGREED ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

Plaintiff and Defendant, in the above-captioned Adversary Proceeding (the "Adversary Proceeding"), by and though their undersigned counsel, hereby stipulate and agree to dismiss the Adversary Proceeding with prejudice.

**IT IS SO ORDERED.**

**Signed:  January 12, 2021.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if any), are: Ignite Restaurant Group, Inc. (1359); Ignite Restaurant Group – RSC LLC (1791); Joe's Crab Shack, LLC (4189); Joe's Crab Shack – Redondo Beach, Inc. (5107); BHTT Entertainment, LLC (9818); Ignite Restaurants – New Jersey, LLC (5907); Joe's Crab Shack – Maryland, LLC (5297); Joe's Crab Shack – Anne Arundel MD, LLC (9318); Brick House Development, LLC (2944); JCS Monmouth Mall – NJ, LLC (3509); JCS Development LLC (4235). The Debtors' service address is: 10555 Richmond Avenue, Houston, Texas 77042.

**AGREED TO AS TO FORM AND CONTENT:**

Dated:  January 8, 2020

By: */s/ Sean W. Gilligan*

Sean W. Gilligan (Admitted *pro hac vice*)
GESMER UPDEGROVE LLP
40 Broad Street
Boston, MA 02109
Telephone:  (617) 350-6800
Facsimile:  (617) 350-6878
Email:  sean.gilligan@gesmer.com

*Counsel for Defendant,* CRUNCHTIME
INFORMATION SYSTEMS, INC.

By: */s/ Michael D. Warner*

Jason S. Pomerantz (Admitted *pro hac vice*)
Jeffrey P. Nolan (Admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
Email:  jspomerantz@pszjlaw.com
           jnolan@pszjlaw.com

-and-

Michael D. Warner (TX Bar No. 00792304)
COLE SCHOTZ PC
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255
Email: mwarner@coleschotz.com

*Counsel for Plaintiff*, DRIVETRAIN, LLC, *as
Trustee of the Ignite Restaurant Group GUC
Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2020, a true and correct copy of the foregoing was served by this Courts CM/ECF Noticing System.

*/s/ Michael D. Warner*
Michael D. Warner

56797/0002-21966801v1